1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARRI STREET,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-853-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 13, to which no objection was timely filed, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

(3)     The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 23rd day of March, 2015.

                                                      THOMAS S. ZILLY
                                                     United States District Judge